NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In re: SEIZED FEDERAL SECURITIES,**

*Petitioner*

---

2023-117

---

On Petition for Writ of Mandamus to the United States District Court for the Northern District of Texas in case No. 3:21-cv-00393-D-BT, Senior Judge Sidney A. Fitzwater.

---

### O R D E R

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules,

IT IS ORDERED THAT:

The case is DISMISSED for failure to prosecute in accordance with the rules.  The petition and all pending

2                                    IN RE: SEIZED FEDERAL SECURITIES

motions are denied as moot.

                                         FOR THE COURT

March 9, 2023
    Date                                 /s/ Peter R. Marksteiner
                                         Peter R. Marksteiner
                                         Clerk of Court